IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CALIFORNIA CORRECTIONAL ) <br> INSTITUTION FIRST WATCH, ) <br> et al., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____) | No. CV-F-06-993 OWW/DLB <br><br> ORDER DENYING PLAINTIFF'S <br> MOTION TO VACATE JUDGMENT <br> (Doc. 6) |

On November 16, 2007, Plaintiff filed a motion to vacate the Judgment entered against him pursuant to Rule 59(e), Federal Rules of Civil Procedure.[1]

Plaintiff moves to vacate the Judgment "based on the papers and files in this matter and the memorandum of law attached

---

[1] Although the motion to vacate was not filed until November 16, 2007, the Proof of Service on the motion indicates that it was placed in the prison mail system on October 10, 2007. Pursuant to the mail-box rule, the motion to vacate is timely filed pursuant to Rule 59(e).

1

**hereto." No memorandum of law is attached to Plaintiff's motion.**

**Plaintiff's action was dismissed because the admission in his complaint that the prison grievance process was not completed at the time he filed the complaint. If Plaintiff seeks to vacate the Judgment based on a contention that he has exhausted the prison grievance process since the filing of the complaint, the motion is without merit.** *McKinney v. Carey*, **311 F.3d 1198, 1199-1201 (9th Cir.2002).**

**Because Plaintiff has not demonstrated grounds for vacating the Judgment, Plaintiff's motion to vacate the Judgment is DENIED.**

IT IS SO ORDERED.

**Dated:   November 26, 2007**                /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE